# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eduardo Suarez Villa,

       Petitioner,

v.

Jared Rardin, Warden FMC-Rochester,

       Respondent.

Case No. 26-cv-1258 (JWB/DJF)

**REPORT AND
RECOMMENDATION**

       In a letter dated February 9, 2026, the Clerk of Court directed Petitioner Eduardo Suarez Villa to pay the filing fee for this matter or submit an application to proceed *in forma pauperis* ("IFP").  (*See* ECF No. 2.)  Mr. Suarez Villa was warned that if he did not pay the filing fee or apply for IFP status within 15 days, this matter could be dismissed without prejudice.  (*Id.*)  That deadline has now passed, and Mr. Suarez Villa has not filed an IFP application or paid the filing fee for this matter.  In fact, Mr. Suarez Villa has not communicated with the Court about this case at all since commencing this action.  Consistent with the warning previously given to Mr. Suarez Villa, the Court now recommends this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

1

## RECOMMENDATION

Based upon the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: March 10, 2026                    *s/ Dulce J. Foster*
                                         Dulce J. Foster
                                         United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).