**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eduardo Suarez Villa,                                        Civ. No. 26-1258 (JWB/DJF)

        Petitioner,

                              **ORDER ACCEPTING**
v.                                                    **REPORT AND RECOMMENDATION**
                               **OF MAGISTRATE JUDGE**

Jared Rardin, *Warden FMC-Rochester*,

        Respondent.

---

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on March 10, 2026. (Doc. No. 4.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The March 10, 2026 Report and Recommendation (Doc. No. 4) is **ACCEPTED**; and

2.      Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 7, 2026                  *s/ Jerry W. Blackwell*
                                  JERRY W. BLACKWELL
                                  United States District Judge